

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SAMUEL GARCIA-SANCHEZ (1),<br><br>　　　　　　　　　　Defendant. | Criminal Case No. 91CR0822-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |
|---|---|

　　　Upon the motion of the government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Samuel Garcia-Sanchez is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant issued by Judge Leland C. Nielsen on September 11, 1991 is hereby recalled.

　　　IT IS SO ORDERED AND ADJUDGED.

Dated: 10/22/15

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE